**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Texas Insurance Company, | No. CV-26-02998-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Layton Construction Company LLC, OFHotel LLC, and Maya Hotel LLC, | |
| Defendants. | |

The Court previously required Plaintiff to file a supplement to the complaint listing the name and citizenship of each member of Layton, LLC. (Doc. 4). Plaintiff filed the supplement. (Doc. 5). Plaintiff alleges there are five people who are members of Layton, LLC. (Doc. 5 at 7).

"To be a citizen of a state, a natural person must first be a citizen of the United States. The natural person's state citizenship is then determined by her state of domicile, not her state of residence. A person's domicile is her permanent home, where she resides with the intention to remain or to which she intends to return." *Colston v. Allstate Vehicle Prop. & Ins. Co.*, No. CV-25-01052-PHX-DWL, 2025 WL 2202451, at *1 (D. Ariz. Aug. 4, 2025).

In the supplement, Plaintiff alleges that 4 of the 5 members are domiciled together in Utah (at what public records suggest is a commercial building). Plaintiff alleges that the fifth member is domiciled at the exact same address, albeit in New York. The Court seriously questions the veracity of these allegations and whether counsel for Plaintiff is

taking his Rule 11 obligations seriously.

However, if these allegations are true, Plaintiff has alleged complete diversity. Therefore, the Court will take no further action on this issue at this time.  Accordingly,

**IT IS ORDERED** confirming that by October 29, 2026, Plaintiff must file a further supplement to the complaint <u>proving</u> federal subject matter jurisdiction (not on information and belief).

Dated this 28th day of May, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -